UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HADI HUSSEIN AL BALHAWI,

                Petitioner,

   v.

MERRICK GARLAND, et al.,

                Respondents.

CASE NO. 2:24-CV-22-JNW-DWC

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a Motion to Appoint Counsel. Dkt. 2. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1)    The Court is in receipt of a letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 2-1. Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated financial eligibility for such appointment. *See*

1  Dkt. 2. Accordingly, Petitioner's request for appointment of counsel is GRANTED. The Court
2  appoints the Federal Public Defender to represent Petitioner in these proceedings.
3      (2)    The Clerk shall send copies of this Order to Petitioner, to the Federal Public
4  Defender, to counsel for Respondents, and to the Honorable Jamal N. Whitehead.
5      Dated this 16th day of January, 2024.

David W. Christel
Chief United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2