1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HADI HUSSEIN AL BALHAWI,

                Petitioner,

   v.

MERRICK GARLAND, et al.,

                Respondents.

CASE NO. 2:24-CV-22-JNW-DWC

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND RESPONSE
DEADLINE

The District Court has referred this immigration habeas action filed pursuant to 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. Before the Court is Petitioner's Unopposed Motion for Extension of Time to Respond to Government's Return Memorandum and Motion to Dismiss. Dkt. 11. In his Motion, Counsel for Petitioner represents that Petitioner's removal to his home country is scheduled for March 26, 2024. Because Petitioner's removal is likely to render moot the Petition and all pending motions, the parties agree that an extension of the response deadline until April 26, 2024, with a noting date of May 3, 2024, is appropriate.

For good cause shown, the Court grants the Unopposed Motion (Dkt. 11) and extends the response deadline to April 26, 2024. Additionally, the Clerk is directed to renote the Government's Response and Motion to Dismiss (Dkt. 8) for May 3, 2024.

Dated this 6th day of March, 2024.

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND RESPONSE DEADLINE - 2